# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

December 8, 2023

**CL-2023-0059**

Scott Hill v. Deutsche Bank National Trust Company (Appeal from Madison Circuit Court: CV-22-900711).

## ORDER

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Thompson, P.J., and Moore, Edwards, Hanson, and Fridy, JJ., concur.

Nathan P. Wilson, Clerk